IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES J. ARMOND, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:10-01195 |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Gary L. Lancaster |
| SHEETZ, INC. | ) | |
| | ) | |
| Defendant. | ) | Electronically Filed |
| | ) | |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

| /s/ *William G. Cohen* | /s/ *Shannon H. Paliotta* |
|---|---|
| William G. Cohen (PA ID No. 18185) | Robert W. Cameron (PA ID No. 69059) |
| (724) 654-2510; wgclaw@gmail.com | (412) 201-7635; bcameron@littler.com |
| 2534 Wilmington Road | Shannon H. Paliotta (PA ID No. 91000) |
| New Castle, Pennsylvania 16105 | (412) 201-7631; spaliotta@littler.com |
| | LITTLER MENDELSON, P.C. |
| *Counsel for Plaintiff* | EQT plaza, 26th Floor |
| | 625 Liberty Avenue |
| | Pittsburgh, PA 15222 |
| | |
| | *Counsel for Defendant* |

SO ORDERED, this 28th day of Feb, 2011.

_____, C.J.

Hon. Gary L. Lancaster, Chief U.S. District Judge